# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

**FILED**

2007 MAY 23 P 1:25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Carlos RUANO-Salquero

**CRIMINAL COMPLAINT**

E-FILING

(Name and Address of Defendant)

CASE NUMBER: 07 70302 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __April 12, 2007__, in __Monterey__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                     ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__5/22/07__                              at    San Jose, California
  Date                                              City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE                _____
Name & Title of Judicial Officer                Signature of Judicial Officer

RE: Ruano-SALQUERO, Carlos                                                          A96 381 599

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office.  In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)   The DEFENDANT Carlos Ruano-SALQUERO (SALQUERO), is a 24-year-old male, citizen and native of Mexico, born on September 6, 1982, in Tijuana, Mexico, substantiated by multiple statements made to that effect by the Defendant on April 13, 2007, to ICE Immigration Enforcement Agent (IEA) Cesar Umali of the San Jose, California DRO Sub-Office;

(2)   The DEFENDANT has been assigned Alien Registration number of A028 723 911, FBI number of 977521NB0, and California Criminal State ID Number of A22106987;

(3)   On November 1, 2002, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of CARRYING A CONCEALED WEAPON WITHIN A VEHICLE, a felony, in violation of California Penal Code Section 12025 (A)(1) and was sentenced to one year and four months in jail;

(4)   On November 7, 2003, the DEFENDANT was determined to be unlawfully present in the United States by the U.S. Immigration Court Imperial, CA and ordered deported from the United States to Mexico;

(5)   On December 22, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the U.S. Immigration Court Imperial, CA and ordered deported from the United States to Mexico;

(5)   On January 26, 2006, the DEFENDANT was convicted in the Superior Court of California/ County of Los Angeles, for the offense of: FELON IN POSSESSION OF A FIREARM, a felony, in violation of California Penal Code Section 12021 (A)(1) and was sentenced to three years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(E);

(6)   On, April 12, 2007, the DEFENDANT was encountered by IEA Cesar Umali, at the California Training Facility-Solidad, and determined to be unlawfully present in the United States after a prior deportation and IEA Umali advised the Defendant his Miranda rights in the English language. The DEFENDANT waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

RE: Ruano-SALQUERO, Carlos                                           A96 381 599



(7)  The DEFENDANTS official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(8)  Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.

　　　　　　　　　　　　　　　　　　　　　Timothy F. Purdy
　　　　　　　　　　　　　　　　　　　　　Deportation Officer
　　　　　　　　　　　　　　　　　　　　　Immigration and Customs Enforcement

Subscribed and sworn to before me this 22 day of May, 2007

　　　　　　　　　　　　　　　　　　　　　Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE